**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KRISNEY A.,**

        **Plaintiff,**    :

v.                              **Case No. 2:23-cv-1238
Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson**

**COMMISSIONER OF
SOCIAL SECURITY,**    :

        **Defendant.**

## ORDER

This matter is before the Court on the November 3, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Commissioner's decision is **AFFIRMED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

       **IT IS SO ORDERED.**

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**